UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW W. B., | No. CV 24-2357-E |
| Petitioner, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

Dated:  September 17, 2024.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE